## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Sentinel Products Inc. a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SECURA Insurance Companies, a Wisconsin corporation.<br><br>Defendant. | Court File No: 0:22-cv-488 (JRT/DJF)<br>The Honorable John R. Tunheim<br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The above-entitled action having been fully, finally and completely compromised and settled between the parties,

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the same may be and hereby is dismissed with prejudice on the merits and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

11098427

**HELLMUTH & JOHNSON PLLC**

Dated: March 13, 2023

/s/ Kurt M. Mitchell
Kurt M. Mitchell (#0335071)
8050 West 78th Street
Edina, MN 55439
P: (952) 260-9184
F: (952) 941-2337
akunkel@hjlawfirm.com

*Attorney for Plaintiff*
*Sentinel Products Inc. a Minnesota Corporation*

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.

Dated: March 13, 2023

/s/ Beth A. Jenson Prouty
Beth A. Jenson Prouty (#0389275)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
P: (612) 339-3500
F: (612) 339-7655
baprouty@ArthurChapman.com

*Attorney for Defendant*
*SECURA Insurance Companies, a Wisconsin corporation*

11098427

2