## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| SENTINEL PRODUCTS INC., | Civil No. 22-488 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| SECURA INSURANCE COMPANIES, | |
| Defendant. | |

Kurt M Mitchell, **HELLMUTH & JOHNSON,** 8050 West 78th Street, Edina, MN 55439, for plaintiff.

Beth A Jenson Prouty, **ARTHUR CHAPMAN,** 500 Young Quinlan Building, 81 South Ninth Street, Minneapolis, MN 55402, for defendant.

The parties filed a Stipulation of Dismissal on March 13, 2023. (ECF No. 22) Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that these matters are **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 27, 2023  
at Minneapolis, Minnesota

\_\_\_s/John R. Tunheim\_\_\_\_  
JOHN R. TUNHEIM  
United States District Judge